AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2017 DEC 21  AM 9: 29
OFFICE OF THE CLERK

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>The residence and premises at 4425 Redick Ave,<br>Omaha, Nebraska,<br>See Attachment B | )<br>)<br>)   Case No.   8:17MJ459<br>)<br>)<br>) |

**SEALED**

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____Nebraska_____
*(identify the person or describe the property to be searched and give its location)*:

The residence and premises at 4425 Redick Ave, Omaha, Nebraska.

For further information, see Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment A for additional details.

**YOU ARE COMMANDED** to execute this warrant on or before    12-26-17    *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____SUSAN M. BAZIS_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   12-19-17 at 1:07 pm.      *[signature]*
                                                 Judge's signature

City and state:     Omaha, Nebraska               SUSAN M. BAZIS, U.S. Magistrate Judge
                                                 *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 8:17MJ459 | Wed, 20 Dec, 0640 | Constance West |

Inventory made in the presence of:
Sgt. J. Pankonin, S-308

Inventory of the property taken and name of any person(s) seized:

See attached copy of DCSO Property Report - Search Warrant Inventory

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 20 Dec 17

Dep. M. Dishaw S-372
*Executing officer's signature*

Dep. M. Dishaw S-372
*Printed name and title*

# DOUGLAS COUNTY SHERIFF
## PROPERTY REPORT/ SEARCH WARRANT INVENTORY

Page 1 of 1

| Date Control: | Conversion Code: | Dist: 11 | Day/Date/Time: WED/20 DEC 17/0640 | SR No.: B86108 |
|---|---|---|---|---|

Brought in From: 4425 REDICK AVE., OMAHA, DOUGLAS COUNTY, NE

| Evidence Against: UNK | Address: UNK | Phone: UNK | Inventory Deputy: SGT. J.M. PANKONIN 5308 |
|---|---|---|---|

| Property Of: WEST, CONSTANCE | Address: 4425 REDICK AVE | Phone: UNK |
|---|---|---|

Received By Crime Lab Tech (Name/Serial #): — Day/Date/Time:

| Item | Quantity | Description: (Size, Color, Brand, Serial #) | Time | Found By / Location | Released By | Released To |
|---|---|---|---|---|---|---|
| S308/1 | 1 | EMACHINES DESKTOP PC, MOD # T6532, SER # GCD63A0060756 | 0715 | Found By: MORRISSEY; Location: N/W BEDROOM ON DESK. (JAMES HUGHES) | | |
| S308/2 | 1 | PANASONIC CAMCORDER IN BLACK BAG, MOD: HC-V250, SER: D54JA001467 | 0715 | Found By: MORRISSEY; Location: N/W BEDROOM. (JAMES HUGHES) | | |
| S308/3 | 1 | CENTURY LINK BILL OF JAMES HUGHES | 0715 | Found By: MORRISSEY; Location: N/W BEDROOM. (JAMES HUGHES) | | |
| S308/4 | 1 | HP DESKTOP, MOD: COMPAQ, SER: 2UA1211WZ0 | 0720 | Found By: MORRISSEY; Location: S/W STORAGE ROOM. | | |

Crime Lab Processing Needed: ☐ YES  ☒ NO

Received From I.D. Tech (Name/Serial #):

Initial Storage Location (If other than Crime Lab):

Property Officer (Serial #):

Signature Reporting Officer (Serial #): [signed] J.M. Pankonin 5308

Storage Location (Property Division Only):

Reviewed By (Command Officer/Serial #): [signed] J.M. Durham S-372

Original - Records Division        Copy - Subject

OSF-9C (3/2001)

## ATTACHMENT A
## LIST OF ITEMS TO BE SEIZED AND SEARCHED

1.   All visual depictions, including still images, videos, films or other recordings of child pornography or minors engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256, and any mechanism used for the receipt or storage of the same, including but not limited to:

Any computer, computer system and related peripherals, including data processing devices and software (including but not limited to central processing units; internal and peripheral storage devices such as fixed disks, external hard drives, floppy disk drives and diskettes, routers, computer compact disks, CD-ROMS, DVD, usb storage devices and flash memory storage devices, and other memory storage devices); peripheral input/output devices (including but not limited to keyboards, printer, video display monitors, scanners, digital cameras, and related communications devices such as cables and connections), as well as any devices, mechanisms, or parts that can be used to restrict access to computer hardware (including but not limited to physical keys and locks).

2.   Any and all computer passwords and other data security devices designed to restrict access to or hide computer software, documentation, or data. Data security devices may consist of hardware, software, or other programming code.

3.   Any and all documents, records, emails, and internet history (in documentary or electronic form) pertaining to the possession, receipt or distribution of child pornography or visual depictions of minors engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256, or pertaining to an interest in child pornography whether transmitted or received.

4. Any and all records, documents, invoices, notes and materials that pertain to accounts with any Internet Service Provider, as well as any and all records relating to the ownership or use of computer equipment found in the residence.

5. Documents and records regarding the ownership and/or possession of the searched premises.

6. During the course of the search, photographs of the searched premises may also be taken to record the condition thereof and/or the location of items therein.

21

## ATTACHMENT B
### DESCRIPTION OF LOCATION TO BE SEARCHED

The location known as 4425 Redick Ave, Omaha, Nebraska is identified as follows:

4425 Redick Ave, Omaha, Nebraska is described as a ranch style, single-family residence. The exterior is gray in color with white trim. The numbers "4425" are displayed to the left of the front door near the living room bay window. The legal description of the residence as reported by the Douglas County Assessors Website is BLODGETT & KRAJACICS ADD LOT 7 BLOCK 3 52 X 135.

